UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Fort Pierce Division

Case Number:  08-14208-CIV-MARTINEZ-LYNCH

SEAN GLICK,

    Plaintiff,

vs.

RN FOOD INCORPORATED, a Florida corporation, and MIGUEL BAHOS, individually,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

This cause came before the Court upon the parties' Notice of Settlement **(D.E. No. 10)**, filed on July 28, 2008.  When a private action is brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as is the case with the instant action, the court must scrutinize the parties' settlement agreement for fairness before it enters a stipulated judgment.  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1)  On or before August 15, 2008, the parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), which must be filed with the Clerk of the Court, a proposed Order of Dismissal or Final Judgment, and **a copy of their settlement agreement.**

2)  If the parties fail to comply with this order, the Court shall dismiss this case without prejudice without further warning.

-2-

3) The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of July, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record